JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FREIGHT MANAGEMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAPERPAK PRODUCTS, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. SACV 06 1239 CJC (RNBx)<br><br>**ORDER OF DISMISSAL**<br><br>Trial Date: June 24, 2008 |

ORDER

The Court, having reviewed the parties' Stipulation Of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, filed on April 9, 2008, hereby orders that the above-captioned action, including all claims and counterclaims asserted therein, is dismissed, with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: April 25, 2008

UNITED STATES DISTRICT JUDGE